UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-6616 AHS (FFM) | Date | September 24, 2008 |
|---|---|---|---|
| Title | LORRAINE ALTHEA WELLS v. JACK EDGAR, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE

On August 20, 2008, plaintiff filed proofs of service ostensibly demonstrating service on defendants on March 23, 2008. To the extent service of process was actually effected on March 23, defendants' last day to respond to the complaint expired last April. It is now five months past that date and plaintiff has taken no action to enter the default of any defendant. Therefore, plaintiff is ordered to show cause within 20 days of the date of this order why this action should not be dismissed for failure to prosecute.

Plaintiff may respond to the order to show cause by filing appropriate documentation seeking the entry of default against defendants. However, given inconsistencies between the proofs of service filed March 8, 2008 and those filed August 20, 2008, plaintiff must submit a declaration from the process server describing the three attempts made to personally serve each defendant, identifying the person, at least 18 years of age, with whom copies of process were left, and explaining why the proofs of service indicate that copies were left on March 23, 2008 at 12:00 noon at various addresses in and around Los Angeles. In addition, the declaration should indicate why the proof of service form has been marked to indicate substituted service was effected by leaving copies both at home and business addresses while also stating only one address for each defendant.

**IT IS SO ORDERED.**

 :

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-6616 AHS (FFM) | Date | September 24, 2008 |
|---|---|---|---|
| Title | LORRAINE ALTHEA WELLS v. JACK EDGAR, et al. | | |

Initials of Preparer    JM