\

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LORRAINE ALTHEA WELLS,<br><br>          Plaintiff,<br><br>     v.<br><br>JACK EDGAR, et al.,<br><br>          Defendants. | Case No. CV 07-6616 AHS (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: January 26, 2009

ALICEMARIE H. STOTLER

_____

ALICEMARIE H. STOTLER
United States District Judge