UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LORRAINE ALTHEA WELLS, | Case No. CV 07-6616 AHS (FFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| JACK EDGAR, et al., | |
| Defendants. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by her Complaint and that this action is dismissed without prejudice.

DATED: January 26, 2009

ALICEMARIE H. STOTLER

ALICEMARIE H. STOTLER
United States District Judge